**Petition for Writ of Mandamus Denied and Opinion filed August 18, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00591-CV

## IN RE BRANDI MARTIN, ET AL, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-23649**

## MEMORANDUM OPINION

On July 27, 2016, relators Brandi Martin, B. M., Tracy Rogers, Gina Salway, Gayle Buzelli, Carl Tolbert, Nizzera Kimball, and Vivian Robbins filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court

of Harris County, to vacate her June 13, 2016 order that "the court finds that the reasonable cost of production for the work done as a result of Plaintiff's first request for production is $9,374.50 and that Plaintiffs are required to pay the above sum to Pathway before the production of documents."

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the parties seeking relief, relators have the burden of providing this court with a sufficient record to establish their right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).

Regardless of whether the trial court abused its discretion, relators have not shown that they have no adequate remedy by appeal. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.